UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-60174-CR-COHN

UNITED STATES OF AMERICA,

v.

FRANDY JONACE,

        Defendant.

_____/

## ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO SUPPRESS

**THIS CAUSE** is before the Court on Defendant's Amended Motion to Suppress Firearms, Narcotics and Statements Improperly Seized [DE 60]. The Court has considered the written submissions of the parties, the evidence presented on July 21 and 29, 2010, argument of counsel and is otherwise advised in the premises. For the reasons stated in open court on July 29, 2010, including the factual findings made by the undersigned on the record, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Defendant's Amended Motion to Suppress Firearms, Narcotics and Statements Improperly Seized [DE 60] is **GRANTED in part and DENIED in part.**

   a. The Motion is **GRANTED** as to Defendant's statements.

   b. The Motion is **DENIED** as to the physical evidence.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 29th day of July, 2010.

/s/ James I. Cohn
JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record via CM/ECF